FILED

E-FILING

2008 JUL 28 P 1:43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

C/RS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shari Welsh Pro Se
Sam Walsh       Plaintiff,

vs.

U.S. Army
                Defendant.

C 08 03599 RS

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Shari Welsh, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?           Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7      a.    Business, Profession or          Yes  X   No ___
8           self employment?

9      b.    Income from stocks, bonds,      Yes ___ No  X
10          or royalties?

11    c.    Rent payments?               Yes ___ No  X

12    d.    Pensions, annuities, or         Yes ___ No  X
13          life insurance payments?

14    e.    Federal or State welfare payments,    Yes  X  No ___
15          Social Security or other govern-
16          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | ___340.⁰⁰ per month for aid to_____
20 | ___needy families & 1500.⁰⁰ from child care job.___

21 | 3. Are you married?                       Yes ___ No  X
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support:$ _____
27 |        b.    List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  S.W. ~~[redacted]~~ 19

3  _____

4  5.  Do you own or are you buying a home?   Yes ___ No  X

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.  Do you own an automobile?   Yes X No ___

7  Make 1996   Year Kia   Model Sephia

8  Is it financed? Yes ___ No X   If so, Total due: $_____

9  Monthly Payment: $ 0

10  7.  Do you have a bank account?  Yes X No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: Central Coast Credit Union

12  4242 Gigling Rd., Seaside, Ca, 93955

13  Present balance(s): $ 200.00

14  Do you own any cash? Yes X No ___  Amount: $ 20.00

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ___ No X

17  _____

18  8.  What are your monthly expenses?

19  Rent: $ 100.00   Utilities: 100.00

20  Food: $ 100.00   Clothing: 0

21  Charge Accounts:

22  Name of Account        Monthly Payment        Total Owed on This Account

23  Capital One        $ 30.00        $ 600.00

24  _____        $ _____        $ _____

25  _____        $ _____        $ _____

26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)  NO

28  _____

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-28-08                                    Shan Wuhr

DATE                                       SIGNATURE OF APPLICANT