✎ AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

| | |
|---|---|
| SHARI JEAN WELSH, ET AL. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.    CV 08-03599 RS |
| U.S. ARMY | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    United States Attorney's Office, Civil Process Clerk
    Post Office Box 36055
    450 Golden Gate Avenue
    San Francisco, CA  94102

A lawsuit has been filed against you.

      Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Shari Jean Welsh & Sam Welsh
734 Brown Court
Marina, CA 93933

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                              *Richard W. Wieking*
                                           Name of clerk of court

Date:  August 8, 2008

                                           Betty Walton
                                           Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address