| U.S. Department of Justice<br>United States Marshals Service | 08/11/08 **PROCESS RECEIPT AND RETURN**<br>ENTERED See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| **PLAINTIFF**<br>Shari Jean Welsh, et al | FILED | **COURT CASE NUMBER**<br>C08-3599RS |
| **DEFENDANT**<br>United States Army | 2008 SEP -3 P 3:23 | **TYPE OF PROCESS**<br>**See Below |

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| **SERVE** ➡ AT | **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**<br>United States Attorey Office, Civil Process Clerk |
|---|---|
| | **ADDRESS** *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>Post Office Box 36055, 450 Golden Gate Avenue, San Francisco, CA 94102 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Shari Jean Welsh, et al<br>734 Brown Court<br>Marina CA 93933 | Number of process to be served with this Form - 285 | 4 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

1. Complaint and Civil Cover Sheet
2. Application to Proceed Informa Pauperis
3. ADR Scheduling Order
4. Order re IFP Application

| Signature of Attorney or other Originator requesting service on behalf of: *[signature]* | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>408-535-5513 | DATE<br>8/8/8 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>4 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>08/11/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

**EXECUTED**

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 9/3/08   Time: U.S. Mail   am/pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$45 | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges<br>$45 | Advance Deposits | Amount owed to U.S. Marshal<br>$45 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
08/11/08 Mailed U.S. Certified Return Receipt
09/03/08 Received acknowledgement of service. Service on 08/19/08

| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |
|---|---|---|

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

SHARI JEAN WELSH, ET AL.  )
Plaintiff                 )
                          )
v.                        )   Civil Action No.   CV 08-03599 RS
U.S. ARMY                 )
                          )
    Defendant             )

### Summons in a Civil Action

To: *(Defendant's name and address)*
United States Attorney's Office, Civil Process Clerk
Post Office Box 36055
450 Golden Gate Avenue
San Francisco, CA  94102

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Shari Jean Welsh & Sam Welsh
734 Brown Court
Marina, CA 93933

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: __August 8, 2008__

Betty Walton
Deputy clerk's signature

EXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) Received acknowledgement of service. Service on 8/19/08
    _____.

My fees are $ _____ for travel and $ 45.00 for services, for a total of $ 0.00.

Date: 9/3/08

Server's signature: USMS

Printed name and title: Donald Harris Jr. USMS

UNITED STATES MARSHALS SERVICE
280 South First Street Room 2100
San Jose, CA 95113

Server's address

EXECUTED