# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

ENTERED 05/11/04

FILED

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shari Jean Welsh, et al | C08-3599RS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| United States Army | **See Below** |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney General, United States Department of Justice

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10th & Pennsylvania NW, Washington, DC 30530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shari Jean Welsh
734 Brown Court
Marina, CA 93933

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. Complaint + Civil Cover Sheet
2. Application to proceed in forma pauperis
3. ADR scheduling order
4. Order re IFP Application

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5513    DATE: 8/8/8

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 11 | No. 11 | | 8/11/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 9/2/08 | U.S. Mail | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

**EXECUTED**

REMARKS:
08/11/08 Mailed U.S Certified Return Receipt
09/02/08 Received acknowledgement of receipt/service

---

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| SHARI JEAN WELSH, ET AL. <br> Plaintiff <br> v. <br> U.S. ARMY <br> Defendant | ) ) ) ) ) ) )   Civil Action No.   CV 08-03599 RS |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
United States Attorney General
United States Department of Justice
10th & Pennsylvania NW
Washington, DC 30530

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Shari Jean Welsh & Sam Welsh
734 Brown Court
Marina, CA 93933

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __August 8, 2008__

Richard W. Wieking
Name of clerk of court

Betty Walton
Deputy clerk's signature

**EXECUTED**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __08/22/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) __Received acknowledgement of services__
_____ .

My fees are $ __45.00__ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __09/02/08__

Server's signature

__Donald Harris Jr.    USMS__
Printed name and title

UNITED STATES MARSHALS SERVICE
280 South First Street Room 2100
San Jose, CA 95113

Server's address

**EXECUTED**