Shari Jean Welsh and Sam Welsh
734 Brown Crt.
Marina, Ca, 93933
((831)883-9531 / (805)543-8024

Plantiffs

**FILED**

MAR 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shari Jean Welsh, Sam Welsh | Case No.  5:08-CV-03599RS<br>Case No.  09-15435 |
| Plaintiffs | MOTION |
| vs. | REQUEST FOR DISTRICT COURT TO PAY FEE FOR JANUARY 28 2009 COURT TRANSCRIPT |
| U.S. Army | |
| Defendant | |



APPROVED
Judge Richard Seeborg

Shari Welsh
Pro Se

Sam Welsh
Pro Se