IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERI JEAN WELSH AND SAM WELSH,

    Plaintiff,

v.

U.S. ARMY,

    Defendant.

No. C 08-03599 RS

**ORDER TO PRODUCE TRANSCRIPT**
(Electronically Recorded Proceeding)

On January 28, 2009 a hearing was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

Accordingly, the Clerk shall arrange to have prepared a transcript of this proceeding on the following basis:

(x)  Ordinary (within 30 days @ $3.65 per page).

( )  14-Day (within 14 days @ $4.25 per page).

( )  Expedited (within 7 days @ $4.85 per page).

( )  Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay a transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: 3/30/09

Richard Seeborg
United States Magistrate Judge